No. 97–475. EL AL ISRAEL AIRLINES, LTD. *v.* TSUI YUAN TSENG. .C. A. 2d Cir. [Certiorari granted, 523 U. S. 1117.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1235. CITY OF MONTEREY *v.* DEL MONTE DUNES AT MONTEREY, LTD., ET AL. C. A. 9th Cir. [Certiorari granted, 523 U. S. 1045.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1184. NATIONAL FEDERATION OF FEDERAL EMPLOYEES, LOCAL 1309 *v.* DEPARTMENT OF THE INTERIOR ET AL.; and

No. 97–1243. FEDERAL LABOR RELATIONS AUTHORITY *v.* DEPARTMENT OF THE INTERIOR ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 903.] Motion of petitioner National Federation of Federal Employees, Local 1309, for divided argument granted to be divided as follows: Federal Labor Relations Authority, 20 minutes; National Federation of Federal Employees, Local 1309, 10 minutes.

No. 97–1230. CITY OF WEST COVINA *v.* PERKINS ET AL. C. A. 9th Cir. [Certiorari granted, 523 U. S. 1105.] Motion of Ohio for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1337. MINNESOTA ET AL. *v.* MILLE LACS BAND OF CHIPPEWA INDIANS ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 915.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 97–1396. LOPEZ ET AL. *v.* MONTEREY COUNTY ET AL. D. C. N. D. Cal. [Probable jurisdiction noted, 523 U. S. 1093.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 97–1472. HADDLE *v.* GARRISON ET AL. C. A. 11th Cir. [Certiorari granted, 523 U. S. 1136.] Motions of Lawyers Committee for Civil Rights Under Law and National Employment Lawyers Association et al. for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.